1
2
3
4
5

Alex Chan
achan@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

6
7

*Attorney for Plaintiff*
*Web 2.0 Technologies, LLC*

8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

12
13
14
15
16

| WEB 2.0 TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FREEDCAMP, INC.,<br><br>Defendant. | Case No.  2:23-cv-2246<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |
|---|---|

17
18
19
20
21
22
23
24
25
26
27

Plaintiff Web 2.0 Technologies, LLC ("Web 2.0 Technologies" or "Plaintiff") files this Complaint against Freedcamp, Inc. ("Defendant" or "Freedcamp"), seeking damages and other relief for patent infringement, and alleges with knowledge to its own acts, and on information and belief as to other matters, as follows:

## NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

## THE PARTIES

2.      Plaintiff Web 2.0 Technologies LLC ("Web 2.0 Technologies") is a Texas limited liability corporation with its principal place of business at 5900 Balcones Dr., Ste 100, Austin, TX 78731-4298.

3.      Plaintiff Web 2.0 Technologies is the owner by assignment of 100% interest in the Asserted Patents.

4.      On information and belief, Freedcamp, Inc., ("Defendant" or "Freedcamp"), is a corporation organized and existing under the laws of California, with its principal place of business at 3066 Foothill Rd, Santa Barbara, CA 93105. Freedcamp may be served with process through its California registered agent (Angel Grablev 3066 Foothill Rd Santa Barbara, CA 93105).

## JURISDICTION AND VENUE

5.      This action for patent infringement arises under the patent laws of the United States, Title 35 of the United States Code.

6.      This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

7.      Defendant Freedcamp is subject to this Court's general personal jurisdiction.  Defendant Freedcamp, Inc. is a California Corporation. *See Daimler AG v. Bauman*, 571 U.S. 117, 137, 134 S. Ct. 746, 760 (2014) ([T]he place

1

of incorporation and principal place of business are 'paradig[m] . . . bases for general jurisdiction") (internal citations omitted).

8.     Defendant Freedcamp is subject to this Court's general and specific personal jurisdiction because Freedcamp has sufficient minimum contacts within the State of California and this District, pursuant to due process and/or the California Long Arm Statute, Cal. Code Civ. Proc § 410.10.  On information and belief, Defendant Freedcamp contracted with one or more Californian residents in this District and one or both parties performed the contract at least in part in the State of California and this District; Freedcamp committed the tort of patent infringement in the State of California and this District; Freedcamp purposefully availed itself of the privileges of conducting business in the State of California and in this District; Freedcamp regularly conducts and solicits business within the State of California and within this District; Plaintiff's causes of action arise directly from Freedcamp's business contacts and other activities in the State of California and this District; and Freedcamp distributes, makes available, imports, sells and offers to sell products and services throughout the United States, including in this judicial District, and introduces infringing products and services that into the stream of commerce knowing that they would be used and sold in this judicial district and elsewhere in the United States.

9.     On information and belief, Defendant Freedcamp designs, develops, sells, offers to sell, and/or imports products, devices, systems, and/or components of systems through certain accused instrumentalities that either infringe or support the infringement of the patents asserted in this action.

10.     On information and belief, Freedcamp sells and offers to sell products and services throughout the United States and in California, including in this District, through the accused instrumentalities, through its website accessible in the United States, and in concert and partnership with third parties.

11. Furthermore, personal jurisdiction over Freedcamp in this action comports with due process. Freedcamp has conducted and regularly conducts business within the United States and this District. Freedcamp has purposefully availed itself of the privileges of conducting business in the United States, and more specifically in the State of California and this District. Freedcamp has sought protection and benefit from the laws of the State of California by making available products and services that infringe the Asserted Patents with the awareness and/or intent that they will be used (or visited) by consumers in this District. Having purposefully availed itself of the privilege of conducting business within this District, Freedcamp should reasonably and fairly anticipate being brought into court here.

12. Venue is proper in this judicial district under 28 U.S.C. § 1391 and 28 U.S.C. § 1400(b). On information and belief, Freedcamp's acts of infringement have taken place within this District.

13. Additionally, Freedcamp—directly or through intermediaries (including distributors, retailers, and others), subsidiaries, alter egos, and/or agents—ships, distributes, offers for sale, and/or sells its products and services in the United States and this District. Freedcamp has purposefully and voluntarily placed one or more of its products into the stream of commerce through the accused instrumentalities that infringe the patents asserted in this action with the awareness and/or intent that they will be purchased by consumers in this District. Freedcamp knowingly and purposefully delivers infringing products into, and within, this District. These infringing products have been, and continue to be, purchased by consumers and businesses in this District.

## THE ASSERTED PATENTS

14. On March 13, 2007, the United States Patent and Trademark Office ("USPTO") duly and legally issued U.S. Patent No. 6,845,448 B1 ("the '448

3

Patent"), entitled "Online Repository for Personal Information."  A copy of the '448 Patent is attached hereto as Exhibit 1.

15.    Plaintiff owns all substantial right, title, and interest in the '448 Patent, and holds the right to sue and recover damages for infringement thereof, including past infringement.

16.    On February 14, 2012, the USPTO duly and legally issued U.S. Patent No. 8,117,644 ("the '644 Patent"), entitled "Method and System for Online Document Collaboration."  A copy of the '644 Patent is attached hereto as Exhibit 2.

17.    Plaintiff owns all substantial right, title, and interest in the '644 Patent, and holds the right to sue and recover damages for infringement thereof, including past infringement.

## COUNT I - INFRINGEMENT OF U.S. PATENT NO. 6,845,448

18.    Plaintiff incorporates and realleges the preceding paragraphs as if fully set forth herein.

19.    The '448 Patent is directed to a method and system for gathering, storing personal information on a server computer and releasing such information to authorized requesters, as described and claimed in the '448 Patent.

20.    Defendant has had actual knowledge of the '448 Patent and that its activities constitute infringement of the same at least since on or about June 15, 2021—the date on which Defendant received notice from Plaintiffs that such activities infringed the '448 Patent.

21.    Defendant has and continues to directly and jointly infringe at least Claim 1 of the '448 Patent, in this judicial District and elsewhere in the United States, pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by, among other things, by making, using, selling, offering to sell, and/or importing in or into the United States, without authority, software

1  applications to provide a method for automatically sharing portions of personal

2  information with customers, users and members via products offered by

3  Freedcamp, including Freedcamp's platform——"All Your Favorite Business

4  Collab Tools In One Place"—including but not limited to its constituent sub-

5  products for "Tasks," "Time," "Project Overview," "Discussions," "Files," "Issue

6  Tracker," "Milestones," "Calendar," and "Wiki" functionality and content offered

7  for sale and use via https://freedcamp.com (hereinafter, the "'448 Accused

8  Instrumentalities"), as shown below.

9       22.    For example, the '448 Accused Instrumentalities establishes an

10  account for all users—including the first party—on Freedcamp's server computer,

11  as shown below:



22  *See, e.g.,*  https://freedcamp.com/login (last visited Feb. 17, 2023).

23       23.    The '448 Accused Instrumentalities assign an identifier to every user

24  participating in Freedcamp projects—including the first party—as shown below:

| user_id | The user id of the session user |
|---------|--------------------------------|

27  *See, e.g.*,  https://freedcamp.com/help_/tutorials/wiki/wiki_public/view/DFaab (last

visited, Feb. 17, 2023).

```
"projects": [
    {
        "project_id": "914936",
        "role_name": "User",
        "role_type": "0",
        "project_name": "sdcscsdcscsdc",
        "project_description": "sdcsdcsdcsdcsdc",
        "project_color": "A86D54",
        "f_active": true,
        "project_unique_name": "by_api_6OI",
        "f_favorite": false,
        "f_can_delete": false,
        "f_can_manage": false,
        "f_can_leave": true,
        "notifications_count": 0,
        "users": [
            132942,
            309953,
            340312,
            377037,
            377039,
            377040
        ],
        "applications": [
            6
        ]
    },
    "groups": [....],
    ...
]
```

*See, e.g.*, https://freedcamp.com/help_/tutorials/wiki/wiki_public/view/DFaab (last visited, Feb. 17, 2023).

24. The'448 Accused Instrumentalities allow the entering of the first party's information including a plurality of information objects—including the first party's personal information such as name, email address, skills, role, and job title.

COMPLAINT FOR PATENT INFRINGEMENT                              CASE NO. 2:23-cv-2246

*See*, https://blog.freedcamp.com/2017/04/11/new-public-profile/ (last visited Feb. 17, 2023).

25.    In the '448 Accused Instrumentalities, the Freedcamp platform sets access permissions, user permissions and permissions within each app.



*See, e.g.*, https://freedcamp.com/about/permissions (last visited, Feb. 17, 2023). Freedcamp enables users with the appropriate permissions to access selected portions of the first party's personal information, for example through use of the

7

"avatars" feature throughout Freedcamp.



*See, e.g.*,  https://blog.freedcamp.com/2017/04/11/new-public-profile/ (last visited, Feb. 17, 2023).  Users with the appropriate permissions may also access "private" communications and "private" Wiki entries.

*See, e.g.*,  https://blog.freedcamp.com/2017/04/11/new-public-profile (last visited, Feb. 17, 2023).

26.    The'448 Accused Instrumentalities store in Freedcamp's database the first party identifier (user ID), and the associated permissions (security level), as shown below:

/users/user_id  - returns "users" array containing only specified user data, if the current user has permissions to see him. Empty "users" array otherwise

*See, e.g.*,

https://freedcamp.com/help_/tutorials/wiki/wiki_public/view/DFaab#examples_fcu_2 (last visited, Feb. 17, 2023).

users: array with requested users data. Structure example:

```
"users": {
  [
    "user_id": "132942",
    "first_name": "f",
    "last_name": "",
    "avatar_url": "https:\/\/freedcamp-avatars-
test.s3.amazonaws.com\/4b322be59237277135526b97d1e86de2.jpg",
    "full_name": "f",
    "email": "bear@test.com",
    "timezone": "America/New_York"
  ],
  [
    "user_id": "132944",
    "first_name": "fsdc",
    "last_name": "sdcd",
    "avatar_url": "https:\/\/freedcamp-avatars-
test.s3.amazonaws.com\/4b33322be59237277135526b97d1e86de2.jpg",
    "full_name": "f s.",
    "email": null,
    "timezone": "America/New_York"
  ],
  ...
```

*See, e.g.*,

https://freedcamp.com/help_/tutorials/wiki/wiki_public/view/DFaab#examples_fcu_2 (last visited, Feb. 17, 2023).

Note: "email" field is **null** if requesting user does not have permissions to see it.

*See, e.g.*,

https://freedcamp.com/help_/tutorials/wiki/wiki_public/view/DFaab#examples_fcu_2 (last visited, Feb. 17, 2023).

27.    The '448 Accused Instrumentalities receive a request, said request comprising at least the first party identifier.  For example, the '448 Accused Instrumentalities receive a request to view a specific user based on the first party identifier.

9

**users:** array with requested users data. Structure example:

```
"users": {
    [
        "user_id": "132942",
        "first_name": "f",
        "last_name": "",
        "avatar_url": "https:\\/\\/freedcamp-avatars-
test.s3.amazonaws.com\\/4b322be59237277135526b97d1e86de2.jpg",
        "full_name": "f",
        "email": "bear@test.com",
        "timezone": "America/New_York"
    ],
    [
        "user_id": "132944",
        "first_name": "fsdc",
        "last_name": "sdcd",
        "avatar_url": "https:\\/\\/freedcamp-avatars-
test.s3.amazonaws.com\\/4b33322be59237277135526b97d1e86de2.jpg",
        "full_name": "f s.",
        "email": null,
        "timezone": "America/New_York"
    ],
    ...
```

*See, e.g.*,

https://freedcamp.com/help_/tutorials/wiki/wiki_public/view/DFaab#examples_fcu_2 (last visited, Feb. 17, 2023).

28.   In response to the request to the view a specific user, the '448 Accused Instrumentalities selects, the first party's personal information objects that could be transmitted to the second party.  *See supra.*

29.   In response to the request to view a specific user, the '448 Accused Instrumentalities selects, transmits, and displays the first party's personal information objects to the second party.  *See supra.*

30.   The '448 Accused Instrumentalities encrypt all traffic in transit and rest.

**Data Encryption In Transit and At Rest**

The Freedcamp services support the latest recommended secure cipher suites and protocols to encrypt all traffic in transit and rest. We monitor the changing cryptographic landscape closely and work promptly to upgrade the service to respond to new cryptographic weaknesses as they are discovered and implement best practices as they evolve.

*See, e.g.*, https://freedcamp.com/help_/tutorials/wiki/wiki_public/view/SOcab (last visited, Feb. 17, 2023).

31.   To enable user permissions, the '448 Accused Instrumentalities obtain the second party identifier to determine whether the user has access to particular sets of data, such as the ability to access the user profile of another.

/users/user_id  - returns "users" array containing only specified user data, if the current user has permissions to
see him. Empty "users" array otherwise

*See, e.g.*,
https://freedcamp.com/help_/tutorials/wiki/wiki_public/view/DFaab#examples_fcu
_2 (last visited, Feb. 17, 2023).

32.     On information and belief, the'448 Accused Instrumentalities record all internal systems access by every user, including whether a request for information failed due to lack of authorization.

**Logging**

Freedcamp maintains an extensive, centralized logging environment in its production environment which contains information
pertaining to security, monitoring, availability, access, and other metrics about the Freedcamp services.

*See, e.g.,* https://freedcamp.com/help_/tutorials/wiki/wiki_public/view/SOcab (last visited, Feb. 17, 2023).

33.     To enable user permissions discussed *supra*, the '448 Accused Instrumentalities must reject the second party's request for information where the second party is not authorized.

/users/user_id  - returns "users" array containing only specified user data, if the current user has permissions to
see him. Empty "users" array otherwise

*See, e.g.*,
https://freedcamp.com/help_/tutorials/wiki/wiki_public/view/DFaab#examples_fcu
_2 (last visited, Feb. 17, 2023).

34.     Attached hereto as Exhibit 3, and incorporated by reference herein, is a claim chart detailing how the '448 Accused Instrumentalities satisfy each element of at least independent claim 1 of the '448 patent, literally or under the doctrine of equivalents.

35.     Discovery is expected to uncover the full extent of Defendant's infringement of the '448 Patent beyond the '448 Accused Instrumentalities already identified through public information.

11

36.     Defendant has directly and jointly infringed the '448 Patent and is thus liable for direct and joint infringement of the '448 Patent pursuant to 35 U.S.C. § 271.

37.     Plaintiff has suffered, and continue to suffer, damages as a result of Defendant's infringement of the '448 Patent.

38.     Plaintiff reserves the right to modify its infringement theories as discovery progresses in this case.  Plaintiff shall not be estopped for purposes of its infringement contentions or its claim constructions by the foregoing discussions on how the '448 Accused Instrumentalities infringe the '448 Patent.  Plaintiff intends only that the foregoing discussions satisfy the notice requirements of Rule 8(a)(2) of the Federal Rule of Civil Procedure, and that they should not be construed as Plaintiff's preliminary or final infringement contentions or preliminary or final claim construction positions.

**COUNT II - INFRINGEMENT OF U.S. PATENT NO. 8,117,644**

39.     Plaintiff incorporates and realleges the preceding paragraphs as if fully set forth herein.

40.     The '644 Patent is directed to method and system for online document collaboration, as described and claimed in the '644 Patent.

41.     Defendant has had actual knowledge of the '644 Patent and that its activities constitute infringement of the same at least since on or about June 15, 2021—the date on which Defendant received notice from Plaintiffs that such activities infringed the '644 Patent.

42.     Defendant has and continues to directly and jointly infringe at least Claim 1 of the '644 Patent, in this judicial District and elsewhere in the United States, pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by, among other things, making, using, selling, offering to sell, and/or importing in or into the United States, without authority, software applications that

facilitate secure collaboration on editing, viewing and sharing documents online with multiple parties, including, without limitation, collaboration products such as Freedcamp's platform—"All Your Favorite Business Collab Tools In One Place"—including but not limited to its constituent sub-products for "Tasks," "Time," "Project Overview," "Discussions," "Files," "Issue Tracker," "Milestones," "Calendar," and "Wiki" functionality and content offered for sale and use via https://freedcamp.com (hereinafter, the "'644 Accused Instrumentalities"), as shown below:



*See* https://freedcamp.com/about/features (last visited Feb 17, 2023).

43.    The '644 Accused Instrumentalities allows for multiple users to establish an account on its website over the internet.  For example, a Freedcamp user can collaborate with multiple users, each with an account on Freedcamp's server(s).



*See, e.g.*, https://freedcamp.com/help_/tutorials/wiki/wiki_public/view/7yaab (last visited Feb. 17, 2023).

13

A BETTER WAY TO MANAGE

## Every User Has A Different Role In Projects

There can be a lot of people involved in any given project. From team members, to clients, there are lots of
stakeholders that need to be considered. Sometimes, you want them to monitor progress or comment on
something, but you don't want to give them to see other projects for other clients (or have editing rights to their
projects).

We make that possible.

*See, e.g.,*  https://freedcamp.com/about/permissions (last visited Feb. 17, 2023).

44.     The '644 Accused Instrumentalities allows for a ("first user") to create
and store multiple documents, for example the "FileEdit" and "Wiki" elements of
the Freedcamp platform store on the Freedcamp servers a document created by the
first user.

FILE EDIT WILL HELP YOU TO

# Edit Faster

Making edits to docs, especially light ones, shouldn't
require a lot of effort. FileEdit eliminates the manual
steps, by automating the whole process.

When you launch FileEdit, the file automatically
downloads and accesses the program you need to
make your edits (like Word or Figma). You make the
changes you need. And FileEdit uploads it for you
when you're done.

*See, e.g.*, https://freedcamp.com/about/file_edit (last visited Feb. 17, 2023).

A BETTER WAY TO MANAGE

## The Single Source Of Information Your Team Needs

You and your team are going to have questions about a project, even if it's something you've done before. It's only
natural. People forget things, notes get misplaced, or it's been a while since you've worked with a particular client.
We get it. We don't like the endless meetings either, especially when it involves covering information we've already
talked about.

That's why we built our Wiki tool.

*See, e.g.*, https://freedcamp.com/about/wiki (last visited Feb. 17, 2023).

45.     The '644 Accused Instrumentalities associates a set of access
restrictions with the document, including an ability to access the document by

14

1  modification by one of a first group of users.  For example, the Freedcamp

2  platform sets access permissions enabling the first party to control who has access

3  to the project and whether—once granted access—what they can do to any

4  particular information object.

**Management Tools And Permissions For Administrators**

Permissions and management tools are available to users, regardless of the plan you're using to ensure that everything runs smoothly.
On a permissions level, you have complete control over who can do or see what within Freedcamp. On a high level, each app within Freedcamp can be managed in an incredibly detailed way that limits what individual users can do.

14  *See, e.g.*,  https://freedcamp.com/about/permissions (last visited Feb. 17, 2023).



15  *See, e.g.*,  https://freedcamp.com/about/file_edit (last visited Feb. 17, 2023).

22  46.    The '644 Accused Instrumentalities allows a second user to request to

23  modify the document.  For example, once a Freedcamp user has been granted

24  access to a project, they may request to modify its constituent elements by passing

25  their user id along with the request to modify by accessing the Freedcamp's

26  "FileEdit."

27

1



7   *See, e.g.,*  https://freedcamp.com/help_/tutorials/wiki/wiki_public/view/4xbab (last
8   visited, Feb. 17, 2023).

9        47.    In each case, the user must log into the Freshworks server using their
10  identification information, which accompanies their request to modify the
11  document.



21  *See, e.g.,*  https://freedcamp.com/login (last visited Feb. 17, 2023).

22       48.    The '644 Accused Instrumentalities verifies the identity of the second
23  user by use of a unique user name, as well as forms-based authentication
24  (username and password).  *See supra* (showing login form).



27  *See, e.g.*,  https://freedcamp.com/help_/tutorials/wiki/wiki_public/view/DFaab

16

(last visited, Feb. 17, 2023).

49.     The '644 Accused Instrumentalities has highly customizable permissions whereby the platform permits the second user to modify the document based upon their individual access rights.



*See, e.g.*,   https://freedcamp.com/help_/tutorials/wiki/wiki_public/view/4xbab (last visited Feb. 17, 2023).

50.     The '644 Accused Instrumentalities permits receiving "approval or disapproval" for modifications.  Freedcamp implements version control for files stored on the Freedcamp servers, permitting approving or disapproving modifications from one or more users.



*See, e.g.*, https://freedcamp.com/about/files (last visited, Feb. 17, 2022).

51.     The '644 Accused Instrumentalities, stores the identifying information of one or more users who approved or disapproved of modifications to the

17

52.     document.  On information and belief, Freedcamp logs the identifying information of users who edited or revised the document, including approving or disapproving of any such modifications.

🔲 **Logging**

Freedcamp maintains an extensive, centralized logging environment in its production environment which contains information pertaining to security, monitoring, availability, access, and other metrics about the Freedcamp services.

*See, e.g.,* https://freedcamp.com/help_/tutorials/wiki/wiki_public/view/SOcab (last visited, Feb. 17, 2023).

53.     Attached hereto as Exhibit 4, and incorporated by reference herein, is a claim chart detailing how the '644 Accused Instrumentalities satisfy each element of at least independent claim 1 of the '644 patent, literally or under the doctrine of equivalents.

54.     Discovery is expected to uncover the full extent of Defendant's infringement of the '644 Patent beyond the '644 Accused Instrumentalities already identified through public information.

55.     Defendant has directly and jointly infringed the '644 Patent and is thus liable for direct and joint infringement of the '644 Patent pursuant to 35 U.S.C. § 271.

56.     Plaintiff has suffered, and continues to suffer, damages as a result of Defendant's infringement of the '644 Patent.

57.     Plaintiff reserves the right to modify its infringement theories as discovery progresses in this case.  Plaintiff shall not be estopped for purposes of its infringement contentions or its claim constructions by the foregoing discussions on how the '644 Accused Instrumentalities infringe the '644 Patent.  Plaintiffs intend only that the foregoing discussions satisfy the notice requirements of Rule 8(a)(2) of the Federal Rule of Civil Procedure, and that they should not be construed as Plaintiff's preliminary or final infringement contentions or preliminary or final claim construction positions.

18

# **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment for itself and against Defendant as follows:

A.   A judgment that Defendant has directly and jointly infringed one or more claims of each of the Asserted Patents;

B.   A judgment awarding Plaintiff all damages adequate to compensate for Defendant's infringement, and in no event less than a reasonable royalty for Defendant's acts of infringement, including all pre-judgment and post-judgment interest at the maximum rate allowed by law;

C.   A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding Plaintiff its reasonable attorneys' fees.

D.   A judgment awarding Plaintiff such other relief as the Court may deem just and equitable.

# **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury of this action.

Dated: March 27, 2023

DEVLIN LAW FIRM LLC

*/s/ Alex Chan*
Alex Chan
achan@devlinlawfirm.com
1526 Gilpin Ave.
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff,*
*Web 2.0 Technologies, LLC*

19