UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL   **JS-6**

| Case No. | CV 23-2246-CBM(SKx) | Date | APRIL 23, 2024 |
|---|---|---|---|

| Title | Web 2.0 Technologies, LLC v. Freedcamp, Inc. |
|---|---|

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the motion for default judgment [20] is hereby denied as moot in light of the notice of dismissal [24].  This case is now dismissed.

IT IS SO ORDERED.

cc: all parties